402 A.2d 660

## ADOPTION OF G. J. A.

**Appeal of CHILDREN'S SERVICES OF YORK COUNTY.**

Supreme Court of Pennsylvania.

Argued May 24, 1979.

Decided June 22, 1979.

Joseph C. Korsak, York, for appellant.

Kenneth R. Jewell, York, for appellee.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, NIX MANDERINO and LARSEN, JJ.

## OPINION

PER CURIAM:

Decree affirmed. Each side to pay own costs.